UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00643-SEB-MG |
| | ) |
| INDIANA UNIVERSITY BLOOMINGTON, | ) |
| INDIANA UNIVERSITY BOARD OF TRUSTEES, | ) |
| KATHY ADAMS RIESTER in her individual and official capacity, | ) |
| LATOSHA WILLIAMS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On April 13, 2023, Plaintiff, John Doe, filed his complaint without filing a Notice of Intention to seek leave to proceed under such a pseudonym. Plaintiff is directed to file a motion and supporting brief if he wishes to proceed under a pseudonym pursuant to S.D. Ind. L.R. 10-1 within 7 days.

So ORDERED.

Date: 5/18/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record