**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **JOHN DOE,** | |
| *Plaintiff,* | **Civil Action No: 1:23-cv-00643-SEB-MG** |
| -against- | **NOTICE OF MOTION** |
| **INDIANA UNIVERSITY BLOOMINGTON, INDIANA UNIVERSITY BOARD OF TRUSTEES, KATHY ADAMS RIESTER, in her individual and official capacity, and LATOSHA WILLIAMS, in her individual and official capacity,** | |
| *Defendants.* | |

**PLAINTIFF'S MOTION TO**
**PROCEED UNDER A PSEUDONYM**

The undersigned attorneys hereby move this Court to allow Plaintiff in the above-referenced action to proceed under the pseudonym John Doe for the reasons set forth in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Proceed Under a Pseudonym and the Declaration of Tara J. Davis, Esq. in Support of Plaintiff's Motion to Proceed Under a Pseudonym.

[Signature page follows]

Dated: New York, New York
     May 25, 2023

**NESENOFF & MILTENBERG, LLP**

**By: */s/ Andrew T. Miltenberg***
**Andrew T. Miltenberg, Esq. (*pro hac vice forthcoming*)**
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**amiltenberg@nmllplaw.com**
**(212) 736-4500**

**Tara J. Davis, Esq. (*pro hac vice forthcoming*)**
**101 Federal Street, 19th Floor**
**Boston, MA 02110**
**tdavis@nmllplaw.com**
**(617) 209-2188**

**DELK MCNALLY**
**By: /s/  *Michael McNally***
**Michael T. McNally**
**610 N. Rangeline Rd.**
**Carmel, IN 46033**
**(317) 442-4444**
**mcnally@delkmcnally.com**