UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00643-SEB-MG |
| | ) |
| INDIANA UNIVERSITY BLOOMINGTON, | ) |
| INDIANA UNIVERSITY BOARD OF | ) |
| TRUSTEES, | ) |
| KATHY ADAMS RIESTER, | ) |
| LATOSHA WILLIAMS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a prior order from this Court [Dkt. 11] requiring Plaintiff to comply with S.D. Ind. L.R. 10-1 if he wishes to prosecute this case under a pseudonym, Plaintiff filed a Motion to Proceed Under Pseudonym [Dkt. 16]. However, Plaintiff's Motion still does not comply with this Court's Local Rules. Under S.D. Ind. L.R. 10-1(a), Plaintiff "must filed under seal a Notice of intention to seek leave to proceed under such pseudonym and disclose the litigant's true name." This Notice will remain sealed. *Id.* Plaintiff has failed to file such a notice.[1]

Plaintiff is **ORDERED** to file the Notice as required by S.D. Ind. L.R. 10-1(a) within **3 days** of entry of this Order. Failure to do so will result in dismissal of this case.

Date: 6/9/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

---

[1] Under this Court's Local Rules, Plaintiff was required to file his Notice and Motion "at the time of filing his or her initial pleading," which Plaintiff failed did not do when he filed his Complaint on April 13, 2023. *See* S.D. Ind. L.R. 10-1(a).

**Distribution via ECF to all counsel of record.**