UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JOHN DOE,

      Plaintiff,

    v.                                    Case No: 1:23-cv-00643-SEB-MG

INDIANA UNIVERSITY BLOOMINGTON,
INDIANA UNIVERSITY BOARD OF
TRUSTEES, KATHY ADAMS RIESTER, in
her individual and official capacity, and
LATOSHA WILLIAMS, in her individual and
official capacity,

      Defendants.

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiff John Doe and Defendants Indiana University Bloomington, Indiana University Board of Trustees, Kathy Adams Riester, and Latosha Williams, by counsel, have conferred and agreed to a Stipulated Uniform Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure so that confidential information will be disclosed only in designated ways. A copy of the proposed order is submitted as an exhibit to this Motion for this Court's review, approval, and entry.

WHEREFORE, Plaintiff John Doe and Defendants Indiana University Bloomington, Indiana University Board of Trustees, Kathy Adams Riester, and Latosha Williams, by counsel, jointly request that the Court enter the Proposed Stipulated Uniform Protective Order governing the designation, use, and disclosure of confidential information in this litigation.

Respectfully submitted,

*Tara J. Davis*
Tara J. Davis
NESENOFF & MILTENBERG, LLP
101 Federal Street, 19th Floor
Boston, MA 02110

Andrew T. Miltenberg
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, NY 10001

Michael T. McNally
DELK MCNALLY LLP
610 Rangeline Rd.
Carmel, IN 46033

*Attorneys for Plaintiff*

Respectfully submitted,

*Liberty L. Roberts*
Liberty L. Roberts
Cassie N. Heeke
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060

Amy Fox
CHURCH CHURCH HITTLE + ANTRIM
203 W. Wayne Street, Suite 402
Fort Wayne, IN 46802

Attorneys for Defendants