UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00643-SEB-MG |
| | ) | |
| INDIANA UNIVERSITY BLOOMINGTON, | ) | |
| INDIANA UNIVERSITY BOARD OF TRUSTEES, | ) | |
| KATHY ADAMS RIESTER in her individual and official capacity, | ) | |
| LATOSHA WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

MINUTE ENTRY FOR JANUARY 9, 2024
STATUS CONFERENCE
HON. MARIO GARCIA, MAGISTRATE JUDGE

The parties appeared by counsel for a telephonic status conference. Parties report an agreement has been reached resolving the dispute. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

Within forty-five (45) days of the date of this entry, the parties shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties). Additional time to complete the execution of the settlement documents may be granted for good cause shown, if requested in writing before expiration of this period.

So ORDERED.

Date: 1/9/2024

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record