UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JOHN DOE,

        Plaintiff,

    v.                                   Case No: 1:23-cv-00643-SEB-MG

INDIANA UNIVERSITY BLOOMINGTON,
INDIANA UNIVERSITY BOARD OF
TRUSTEES, KATHY ADAMS RIESTER, in
her individual and official capacity, and
LATOSHA WILLIAMS, in her individual and
official capacity,

        Defendants.

---

### **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, John Doe, and Defendants, Indiana University Bloomington, Indiana University Board of Trustees, Kathy Adams Riester, in her individual and official capacity, and Latosha Williams, in her individual and official capacity, by their respective undersigned counsel, hereby stipulate to the dismissal of all claims in this matter, with prejudice, each party to bear its own costs and attorneys' fees.

Date: _____

1

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| Tara J. Davis (*with permission*) | *Liberty L. Roberts* |
| Tara J. Davis | Liberty L. Roberts, Atty. No. 23107-49 |
| tdavis@nmllplaw.com | Cassie N. Heeke, Atty. No. 36497-49 |
| NESENOFF & MILTENBERG, LLP | Church Church Hittle + Antrim |
| 101 Federal Street, 19th Floor | Two North Ninth Street |
| Boston, MA 02110 | Noblesville, IN 46060 |
| | |
| Andrew T. Miltenberg | Amy Fox, Atty. No. 25112-53 |
| amiltenberg@nmllplaw.com | Church Church Hittle + Antrim |
| NESENOFF & MILTENBERG, LLP | 203 W. Wayne Street, Suite 402 |
| 363 Seventh Avenue, Fifth Floor | Fort Wayne, IN 46802 |
| New York, NY 10001 | |
| | *Attorneys for Defendants* |
| Michael T. McNally | |
| mcnally@delkmcnally.com | |
| DELK MCNALLY LLP | |
| 610 Rangeline Rd. | |
| Carmel, IN 46033 | |
| | |
| *Attorneys for Plaintiff* | |