UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JOHN DOE,

        Plaintiff,

    v.                            Case No: 1:23-cv-00643-SEB-MG

INDIANA UNIVERSITY BLOOMINGTON,
INDIANA UNIVERSITY BOARD OF
TRUSTEES, KATHY ADAMS RIESTER, in
her individual and official capacity, and
LATOSHA WILLIAMS, in her individual and
official capacity,

        Defendants.

## ORDER GRANTING JOINT
## STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, John Doe, and Defendants, Indiana University Bloomington, Indiana University Board of Trustees, Kathy Adams Riester, in her individual and official capacity, and Latosha Williams, in her individual and official capacity, having stipulated and agreed to the dismissal of this cause with prejudice, and the Court having reviewed said stipulation and being otherwise duly advised finds the stipulation to be proper and that this cause should be dismissed.

    IT IS THEREFORE ORDERED that the above cause of action is hereby dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.